# United States Bankruptcy Court
## Southern District of Ohio

In re: Rickie L. Taylor, Jr. / Jeanine A. Taylor, Debtor(s)

Case No. 2:15-bk-54844

Chapter 7

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-7108

Joint Debtor's Social Security Number: xxx-xx-2783

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Rickie L. Taylor, Jr. and Jeanine A. Taylor

Street: 8727 Palmer Rd.

City, State and Zip: Pataskala, OH 43062

Telephone #:

**Please be advised that effective  July 7 , 20 16 ,
my (our) new mailing address and telephone number is:**

Name: Rickie L. Taylor, Jr. and Jeanine A. Taylor

Street: 801 Harrison Ave.

City, State and Zip: Lancaster, OH 43130

Telephone #:

/s/ Rickie L. Taylor, Jr.
Rickie L. Taylor, Jr.
Debtor

/s/ Jeanine A. Taylor
Jeanine A. Taylor
Joint Debtor